STATE of Missouri, Respondent,

v.

Don A. BELL–JOHNSON, Appellant.

No. WD 64045.

Missouri Court of Appeals,
Western District.

April 26, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 31, 2005.

Application for Transfer Denied
Aug. 30, 2005.

Ruth Sanders, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Appellant, Don Bell–Johnson (Bell), was convicted for resisting arrest, Section 575.150, and driving with a revoked license, Section 302.321. He appeals his conviction, claiming the trial court erred in overruling his *Batson* objection to the State's peremptory strike of a venireper-son and for insufficient evidence on the charge of resisting arrest. Rule 30.25(b).